IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRYL WAYNE PRUETT,

Petitioner,

v.

JUDY P. SMITH, Warden,

Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-708-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Darryl Wayne Pruett's petition for a writ of habeas corpus under 28 U.S.C. § 2254.

/s/ 7/9/2018

Peter Oppeneer, Clerk of Court | Date